| | |
|---|---|
| 1 | LINDQUIST & VENNUM P.L.L.P. |
|   | DAVID A. ALLGEYER (*pro hac vice* requested) |
| 2 |    Email:  dallgeyer@lindquist.com |
|   | CHRISTOPHER R. SMITH (*pro hac vice* requested) |
| 3 |    Email:  csmith@lindquist.com |
|   | 4200 IDS Center |
| 4 | 80 South Eighth Street |
|   | Minneapolis, MN  55402 |
| 5 | Telephone: (612) 371-3211 |
|   | Facsimile:  (612) 371-3207 |
| 6 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | DUANE H. MATHIOWETZ (SBN 111931) |
|   |    Email:  duane.mathiowetz@pillsburylaw.com |
| 8 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 9 | San Francisco, CA  94120-7880 |
|   | Telephone:  (415) 983-1000 |
| 10 | Facsimile:  (415) 983-1200 |
| 11 | Attorneys for Defendants |
|    | TT TECHNOLOGIES, INC. and |
| 12 | TRACTO-TECHNIK GMBH & CO. KG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRIC TOOLS, INC., | Case No. CV-12-3490 PSG |
|         Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| TT TECHNOLOGIES, INC. and TRACTO-TECHNIK GMBH & CO., KG | |
|         Defendants. | |

    Christopher Russell Smith, whose business address and telephone number is Lindquist & Vennum, P.L.L.P., 4200 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 371-3211, and who is an active member in good standing of the State Bar of Minnesota, having applied in the above-entitled action for admission to practice in the Northern District of California

1  on a pro hac vice basis representing TT Technologies, Inc. and TRACTO-TECHNIK GMBH &
2  Co. KG in the above-entitled action.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*.  Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party.  All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

Dated:   Lwn{"49."4234

_____
United States O ci kvtcvg Judge