**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRIC TOOLS, INC.,**<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**TT TECHNOLOGIES, INC. AND TRACTO-TECHNIK GMBH & CO., KG,** *et al.*,<br><br>        **Defendants.** | **Case No.: 12-CV-3490 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Stipulation to Continue Case Management Conference. (Dkt No. 31.) The case management conference currently set November 5, 2012, is Vacated and Reset for December 3, 2012, at 2:00 p.m.

The parties shall file a joint case management conference statement no less than seven days in advance of the continued conference date, consistent with Civil Local Rules 16-9 and 16-10 (d) (subsequent case management statements).

This Order terminates Docket No. 31.

**IT IS SO ORDERED**.

Date: October 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**