UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIC TOOLS, INC.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**TT TECHNOLOGIES, INC. AND TRACTO-TECHNIK GMBH & CO., KG,** *et al.*,<br><br>    **Defendants.** | **Case No.: 12-CV-3490 YGR**<br><br>**ORDER SETTING SCHEDULE FOR FURTHER BRIEFING ON REQUEST FOR RECONSIDERATION** |

Plaintiff Tric Tools, Inc. ("Tric") filed its Motion for Leave to File Motion for Reconsideration on October 26, 2012.  (Dkt. No. 39.)  The Court sets the following briefing schedule:

Defendant may file an opposition brief of no more than five pages by November 16, 2012.  Plaintiff may file a reply brief of no more than five pages by November 30, 2012.  If the Court determines that a hearing is necessary, a further order will issue.

**IT IS SO ORDERED**.

Date: November 2, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE