United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

| | |
|---|---|
| **TRIC TOOLS, INC.,** | **Case No.: 12-CV-3490 YGR** |
| **Plaintiff,** | **AMENDED** |
| **vs.** | **ORDER SETTING SCHEDULE FOR FURTHER BRIEFING ON REQUEST FOR RECONSIDERATION** |
| **TT TECHNOLOGIES, INC. AND TRACTO-TECHNIK GMBH & CO., KG,** *et al.*, | |
| **Defendants.** | |

16

17

18

Defendant TT Technologies, Inc. ("TT") filed its Motion for Leave to File Motion for

Reconsideration on October 26, 2012.  (Dkt. No. 39.)  The Court sets the following briefing

schedule:

19

20

21

22

Plaintiff may file an opposition brief of no more than five pages by November 16, 2012.

Defendant may file a reply brief of no more than five pages by November 30, 2012.  If the Court

determines that a hearing is necessary, a further order will issue.

23

**IT IS SO ORDERED**.

24

**Date: November 2, 2012**

25

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

26

27

28