N'Y QHHKEG QH

Y GKDGTI ( O KNNGT

876 UEGTCOOGPVQ UVTGGV • VJKTF HNQQT • UCP HTCPEKUEQ • EC : 6633
RJ QPG 637•4;3•9292 HCZ 637•44;•9282

3
4
5
6
7
8
9
:
;
32
33
34
35
36
37
38
39
3:
3;
42
43
44
45
46
47
48
49
4:

WP KVGF UVCVGU FKUVTKEV EQWTV

HQT VJ G P QTVJ GTP FKUVTKEV QH ECNKHQTPKC *QCMNCP F FKXKUKQP +

| | |
|---|---|
| VTKE VQQNU. NP E0 | **Ecug Pq0EX 34/56; 2 *[ I T+** |
| Rnckpvkhh | |
| x0 | **]LQKP V RTQRQUGF_ ECUG O CPCI GO GP V QTFGT** |
| VV VGEJ P QNQI KGU. NP E0 cpf VTCEVQ/VGEJ P KXM I O DJ ( Eq0 MI . | Lwf i g< J qp0[ xqppg I qp| cng| Tqi gtu |
| F ghgpf cpwu0 | |

C Ecug O cpci go gpv Eqphgtgpeg ycu j gnf qp F gego dgt 5. 4234. cpf vj g Eqwtv j gtgdo[ gpvgtu vj g Ecug O cpci go gpvQtf gt cu hqnnqy u<

| Gxgpv | Uej gf wng |
|---|---|
| O cpf cvqt[ Kpkvkcn F kuenquwtgu | F gego dgt 3; . 4234 |
| Rcvgpv N0T05/3 cpf 5/4 F kuenquwtgu | F gego dgt 3; . 4234 |
| Cf f kpi r ctvkgu=co gpf kpi r ngcf kpi u | Lcpwct[ 5. 4235 |
| Ngwgt vq Eqwtv Tg Uvcwu qh Ugtxkeg qp Vtcevq/Vgej pknI O DJ ( Eq0 MI kp cf xcpeg qh Eqo r nkcpeg J gctkpi | Lcpwct[ 35. 4235 |
| Eqo r nkcpeg J gctkpi tg<Ugtxkeg qp Vtcevq/Vgej pknI O DJ ( Eq0 MI | Lcpwct[ 3: . 4235 |
| Rcvgpv N0T05/5 cpf 5/6 F kuenquwtgu | Hgdtwct[ 38. 4235 |
| Rcvgpv N0T06/3 Gzej cpi g qh Rtqr qugf Encko Vgto u | O ctej : . 4235 |
| Rtkxcvg CF T Vq Dg Eqo r ngvgf | O ctej 4; . 4235 |

| Event | Schedule |
|---|---|
| Patent L.R. 4-2 Exchange Preliminary Claim Constructions and Extrinsic Evidence | April 14, 2013 |
| Patent L.R.4-3 Joint Claim Construction and Prehearing Statement | April 16, 2013 |
| Claim Construction Discovery Cut-off | May 16, 2013 |
| Patent L.R. 4-5(a)<br><br>Opening Brief Re Claim Construction Due | May 31, 2013 |
| Patent L.R. 4-5(b)<br><br>Responsive Brief Re Claim Construction Due | June 17, 2013 |
| Patent L.R. 4-5(c)<br><br>Reply Brief Re Claim Construction Due | June 24, 2013 |
| Tutorial Presentation | June 26, 2013 2:00 p.m. |
| Claim Construction Hearing | July, 10, 2013 2:00 p.m. |
| Patent L.R. 3-7 Advice of Counsel | August 29, 2013 |

IT IS SO ORDERED.

DATED:   December 6, 2012

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WEISBERG & MILLER
654 SACRAMENTO STREET • THIRD FLOOR • SAN FRANCISCO • CA 94111
PHONE 415•296•7070 FAX 41 5•296•7060