WEISBERG & MILLER
Craig S. Miller (State Bar No. 139682)
William S. Weisberg (State Bar No. 146284)
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:     (415) 269-7070
Facsimile:     (415)296-7060

Attorneys for Plaintiff TRIC Tools, Inc.

PILLSBURY WINTHROP
SHAW PITTMAN LLP
Duane H. Mathiowetz, SBN 111831
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1757
Facsimile: (415) 983-1200
duane.mathiowetz@pillsburylaw.com

LINDQUIST & VENNUM P.L.L.P.
David A. Allgeyer (*Pro Hac Vice*)
Christopher R. Smith (*Pro Hac Vice*)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
dallgeyer@lindquist.com
csmith@lindquist.com

Attorneys for Defendant
TT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| TRIC TOOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TT TECHNOLOGIES, INC., and TRACTO-TECHNIK GMBH & Co., KG, <br><br> Defendants. | **Case No. CV 12-3490 (YGR)** <br><br> ORDER GRANTING **STIPULATION TO FILE FIRST AMENDED COMPLAINT** ~~AND PROPOSED AMENDED COMPLAINT AND PROPOSED ORDER~~ AS MODIFIED BY THE COURT <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

Plaintiff TRIC Tools, Inc. and Defendant TT Technologies, Inc., through their counsel of record, stipulate that Plaintiff TRIC Tools, Inc. may file a First Amended Complaint, which is attached as Exhibit A. Defendant does not stipulate to the factual allegations in the First Amended Complaint and expressly reserves all of its rights and defenses, including those related to jurisdiction. The parties further stipulate that Defendant's answer shall be deemed an answer to the First Amended Complaint such that Defendant need not file an answer to the First Amended Complaint.

Respectfully submitted,

DATE: December 31, 2012.

/s/ William S. Weisberg
William S. Weisberg, (SBN 146284),
wweisberg@wmlawfirm.com,
WEISBERG & MILLER

Attorneys for Plaintiff TRIC Tools, Inc.

/s/ Christopher R. Smith
Christopher R. Smith, *Pro Hac Vice*
csmith@lindquist.com
David Allgeyer, *Pro Hac Vice*
LINDQUIST & VENNUM LLP

/s/ Duane H. Mathiowetz
Duane H. Mathiowetz, (SBN 111931),
duane.mathiowetz@pillsbury.com,
PILLSBURY WINTHROP SHAW PITTMAN LLP

Attorneys for Defendant TT Technologies, Inc.

**IT IS SO ORDERED THAT:** Exhibit A ~~is~~ SHALL BE filed as Plaintiff's First Amended Complaint, and Defendant TT Technologies, Inc.'s answer on file with the Court shall be deemed Defendant's answer to the First Amended Complaint. PLAINTIFF SHALL FILE THE FIRST AMENDED COMPLAINT NO LATER THAN JANUARY 15, 2013.

DATED: JANUARY 8, 2013

Yvonne Gonzalez Rogers, U.S. District Court Judge