**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRIC TOOLS, INC., | **Case No.: 12-CV-3490 YGR** |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE DATE** |
| vs. | |
| TT TECHNOLOGIES, INC. AND TRACTO-TECHNIK GMBH & CO., KG, *et al.*, | |
| Defendants. | |

The Court is in receipt of Plaintiff's January 11, 2013 letter regarding the status of service of Defendant Tracto-Technik GmbH & Co., KG ("Tracto-Technik"). (Dkt No. 58.) In light thereof, the Court **CONTINUES** the compliance hearing currently set for January 18, 2013, to April 26, 2013, on the Court's 9:01 am calendar.

The parties shall file a *joint* status report no later than April 19, 2013, setting forth: (1) the status of service on Tracto-Technik; and (2) the impact, if any, on the currently scheduled tutorial and claims construction hearing. Telephonic appearances may be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Date:  **January 15, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**