UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIC TOOLS, INC.,

    Plaintiff,

v.

TT TECHNOLOGIES, INC, et al.,

    Defendants.

Case No. 12-cv-03490-JST

**ORDER RE: NUMBER OF DISPUTED CLAIM TERMS**

In their Joint Claim Construction and Prehearing Statement, ECF No. 74, the parties state: "Although Patent L.R. 4-3 requires the parties to identify the ten most significant terms, the parties respectfully request that the Court construe twelve stipulated terms." That request is denied. The parties shall submit a statement in compliance with Patent L.R. 4-3(c) by no later than January 31, 2014. The Court will only construe the ten claim terms the parties identify pursuant to Patent L.R. 4-3(c). In the absence of a statement complying with Patent L.R. 4-3(c), the Court will select and construe ten of the twelve stipulated terms.

**IT IS SO ORDERED.**

Dated: January 24, 2014

JON S. TIGAR
United States District Judge