UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIC TOOLS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TT TECHNOLOGIES, INC, et al.,<br><br>        Defendants. | Case No. 12-cv-03490-JST<br><br>**ORDER RE: CONDUCT OF TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

    In addition to the Court's order regarding the parties' obligation to meet and confer concerning the format, scope, and content of the tutorial and claim construction hearing, ECF No. 72, the parties should be aware that the Court will reserve no more than two hours and thirty minutes for the parties' combined tutorial and claim construction arguments.

    With respect to claim construction, the Court prefers that the parties proceed term-by-term, with each party providing its views on each term before moving on to the next. The Court's use of time limits means that the parties may not have the opportunity to present oral argument on every term they have submitted for construction, and the parties should prioritize their presentations accordingly.

    **IT IS SO ORDERED.**

Dated: February 4, 2014

_____
JON S. TIGAR
United States District Judge