UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIC TOOLS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TT TECHNOLOGIES, INC, et al.,<br><br>    Defendants. | Case No. 12-cv-03490-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c), a case management conference will be held in this action on August 27, 2014 at 2:00 p.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order.  Any request to reschedule the date of the conference shall be made in writing, and if possible, by stipulation, no later than seven days before the date of the conference and must be based upon good cause.

Counsel shall meet and confer prior to the conference and shall file a joint case management statement no later than ten court days before the case management conference.  The statement shall address the topics contained in the Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement and otherwise comply with the standing orders of this Court, which are all available at cand.uscourts.gov/jstorders.  In particular, in the case management statement, the parties shall propose a joint case schedule, or competing schedules, with dates up to and including the trial date.

1
2  Dated: June 24, 2014
3  _____
4  JON S. TIGAR
   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28