SCHIFF HARDIN, LLP
Duane H. Mathiowetz, SBN 111831
One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile: (415) 901-8701
Email:  dmathiowetz@schiffhardin.com

LINDQUIST & VENNUM L.L.P.
David A. Allgeyer (*Pro Hac Vice*)
Christopher R. Smith (*Pro Hac Vice*)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: dallgeyer@lindquist.com
         csmith@lindquist.com

Attorneys for Defendant
TT TECHNOLOGIES, INC. AND
TRACTO-TECHNIK GMBH & CO., KG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIC TOOLS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TT TECHNOLOGIES, INC., and<br><br>TRACTO-TECHNIK GMBH & CO., KG,<br><br>    Defendants. | Case No.  CV-12-3490 JST<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 18, 2014** |

Counsel for TRIC Tools, Inc., TT Technologies, Inc., and Tracto-Technik GMBH & Co., KG hereby stipulate and request that the Court continue the Case Management Conference presently scheduled for August 27, 2014 [Dkt. No. 98] to be held instead

1  concurrently with the hearing on Defendant TT Technologies, Inc's summary judgment
2  scheduled for September 18, 2014 at 2 p.m. Defendants' counsel will be travelling to
3  California for the hearing and combining the conference and the hearing to the same date and
4  time would be more efficient for the Court and the parties. Therefore, the parties jointly move
5  the Court to amend its June 24, 2014 Order Setting Case Management Conference [Dkt. No.
6  98] in the following manner:

7  (1)  The case management conference be held in this action on September 18,
8  2014 at 2 p.m. concurrently with Defendant TT Technologies, Inc's motion for summary
9  judgment.

**SO STIPULATED:**

| WEISBERG & MILLER | SHIFF HARDIN LLP |
|---|---|
| Craig S. Miller (SBN 139682) | Duane H. Mathiowetz (SBN 111831) |
| William S. Weisberg (SBN 146284) | One Market |
| Kenneth J. Sperandio, Jr., | Spear Tower, 32nd Floor |
| of counsel, (SBN 148288) | San Francisco, CA 94105 |
| 654 Sacramento Street, Third Floor | Telephone: (415) 901-8645 |
| San Francisco, California 94111 | Facsimile: (415) 901-8701 |
| Telephone: (415) 296-7070 | dmathiowetz@schiffhardin.com |
| Facsimile: (415) 296-7060 | |
| cmiller@wmlawfirm.com | |
| wweisberg@wmlawfirm.com | **LINDQUIST & VENNUM P.L.L.P.** |
| ksperandio@wmlawfirm.com | David A. Allgeyer (Pro Hac Vice) |
| | Christopher R. Smith (Pro Hac Vice) |
| August 7, 2014_____/s/_____ | 4200 IDS Center, 80 South Eighth Street |
| Kenneth J. Sperandio, Jr. | Minneapolis, MN 55402 |
| Attorneys for TRIC Tools, Inc. | Telephone: (612) 371-3211 |
| | Facsimile: (612) 371-3207 |
| | dallgeyer@lindquist.com |
| | csmith@lindquist.com |
| | |
| | August 7, 2014_____/s/_____ |
| | Christopher R. Smith |
| | Attorneys for TT Technologies, Inc. and Tracto-Technik GMBH & Co., KG |

LINDQUIST & VENNUM, LLP
4200 IDS CENTER • 80 S. 8TH STREET • MINNEAPOLIS • MN 55405
PHONE: (612) 371-3211 FAX: (612) 371-3207

**[PROPOSED]**

**ORDER AMENDING CASE MANAGEMENT ORDER**

For good cause appearing by virtue of the stipulation presented to this Court by counsel, **IT IS HEREBY ORDERED THAT:**

(1) The case management conference shall be held in this action on September 18, 2014 at 2 p.m. concurrently with Defendant TT Technologies, Inc's motion for summary judgment.

(2) The Joint Case Management Conference Statement is due ten Court days prior to the conference.

August 7, 2014.



_____
Jon S. Tigar
U.S. District Judge

IT IS SO ORDERED
Judge Jon S. Tigar

Page 3 of 3

TRIC Tools, Inc. v. TT Technologies, Inc.
U.S. Dist. Court (N.D. Cal. – San Francisco Division) Case No. CV-12-3490 JST