# Grundotugger range of motion: Pulling stroke start



Exhibit B

# Grundotugger range of motion: Pulling stroke complete



Exhibit B


Grundotugger pulling unit
(face down to show open cable path)
Cam rollers to guide cable into grippers, designed for sideways insertion without tools. These are four pulleys in addtion to the main pulley, which is the rocker arm. Bottom cam roller is removed (on floor at lower left), leaving cable pathway open top and bottom.
Pulling gripper assembly, open for sideways cable insertion (corresponding gripper element and locking pin on floor to left of machine).
Rocker arm

Exhibit B


Grundotugger pulling unit
(open cable path)
Yellow line illustrates open
cable path, and frame members
disposed for sideways insertion.

Exhibit B


Grundotugger pulling unit
(face down to show open cable path)
Pulling gripper assembly
removable elements in place
Retaining grippers engaged
Bottom cam roller in place

**Implement frame for backhoe with no intervening structure, preserving open cable path (see drawing item #422).**




*Fig. 4A*

Exhibit B

| TITLE: BASE PLATE (SHORT) GTU300043S | PART NUMBER: TUGGER_OPTIONS SHORT PLATE |
|---|---|

**Puller without extraction frame, no pulley #6 present.**




| TT Technologies, Inc. | TUGGER | PARTS MANUAL: GTU360000 | BOOK: OM1000 |
|---|---|---|---|
| | | | PAGE: 8 |

Exhibit B

| TITLE: | ROLLER ASSEMBLY | PART NUMBER: | GTU300133 |
|---|---|---|---|

| ITEM NO. | PART NUMBER | DESCRIPTION | QTY. |
|---|---|---|---|
| 1 | GTU300133-MC | ROLLER | 1 |
| 2 | PF2022-16 | BEARING | 2 |
| 3 | GTU300138 | RETAINER | 2 |
| 4 | 24284 | SCREW, 3/8" x 3/4" FLATHEAD SOCKET CAP | 2 |

**Pulley #6, only used with extraction frame and removable by hand.**




| | | | |
|---|---|---|---|
| *TT Technologies, Inc.* | TUGGER | PARTS MANUAL: GTU360000 | BOOK: OM1000<br>PAGE: **5** |