UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIC TOOLS, INC., | Case No.  12-cv-03490-JST |
| Plaintiff, | **MINUTE ORDER NOTING DISMISSAL OF CERTAIN COUNTERCLAIMS** |
| v. | |
| TT TECHNOLOGIES, INC, et al., | Re: ECF No. 116 |
| Defendants. | |

The parties have filed a stipulation of dismissal dated November 19, 2014, stating that they have agreed that Defendant TT Technologies, Inc. may dismiss three of its counterclaims without prejudice.  ECF No. 116.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to the parties' stipulation, Defendants' counterclaims for: (1) a declaratory judgment of invalidity of all of TRIC Tools, Inc.'s asserted patent claims, (2) a declaratory judgment of the unenforceability of all of TRIC's asserted patent claims, and (3) a declaratory judgment of non-infringement of all of TRIC's asserted patent claims are dismissed without prejudice.  Defendants' counterclaim of infringement of TT's U.S. Patent Nos. 7,125,001 and 7,217,065 is the only remaining counterclaim in this action.

**IT IS SO ORDERED**.

Dated:   November 21, 2014

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California