UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIC TOOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TT TECHNOLOGIES, INC, et al., <br><br> Defendants. | Case No. 12-cv-03490-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL** <br><br> Re: ECF No. 125 |

On February 18, 2015, Magistrate Judge Joseph C. Spero notified the Court that the parties to this case have settled this action. See ECF No. 125.  Accordingly, all deadlines and hearings in this case are VACATED.  By April 3, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on April 15, 2015, which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: February 18, 2015

JON S. TIGAR
United States District Judge